# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case Nos. 5D22-2636
5D22-2793
LT Case Nos. 2021-31093-CICI

_____

COASTAL CONDOMINIUM OF
CENTRAL FLORIDA, a/k/a
COASTAL CONSTRUCTION OF
CENTRAL FLORIDA, INC. d/b/a
COASTAL CONSTRUCTION
COMPANY AND BLUE IRON
FOUNDATIONS AND SHORING,
LLC.,

    Appellants,

    v.

HARMAN INVESTMENTS, LLC.,

    Appellee.

_____

Nonfinal appeal from the Circuit Court for Volusia County.
Mary G. Jolley, Judge.

Scott A. Markowitz, of Gunther Legal, PLLC, Ft. Lauderdale, for
Appellants.

S. Larue Williams, and Drew C. Williams, of Kinsey, Vincent,
Pyle, P.L., Daytona Beach, for Appellee.


March 19, 2024

PER CURIAM.

AFFIRMED.

LAMBERT, HARRIS, and KILBANE, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____